*General Thacher, Assistant Attorney General Dodds,* and Messrs. *Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 629. SCHUG, TRUSTEE IN BANKRUPTCY, *v.* CALDWELL ET AL. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Messrs. *Edwin' C. Brandenburg* and *Louis M. Denit* for petitioner. *Mr. Mortimer C. Rhone* for respondents.

No. 630. SOUTHEASTERN INVESTMENT Co. *v.* TOBLER ET AL. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George C. Bedell* for petitioner. *Mr. Eli J. Blair* for respondents.

No. 632. BARTOSIK *v.* CHICAGO RIVER & INDIANA R. Co. February 20, 1933. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. Joseph D. Ryan* for petitioner. Messrs. *Sidney C. Murray* and *Marvin A. Jersild* for respondent.

No. 716. BLANTON *v.* GREAT ATLANTIC & PACIFIC TEA Co. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Hooper Alexander* for petitioner. No appearance for respondent.

No. 648. MISSOURI STATE LIFE INSURANCE Co. *v.* JOHNSON. Petition for writ of certiorari to the Supreme Court of Arkansas. March 4, 1933. The petition for